**Order entered September 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00258-CR**
**No. 05-21-00259-CR**

**ROBERT JESSE MEYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82877-2020 & 380-82495-2020**

### ORDER

By letter dated April 20, 2021, appellant requested official court reporter Karla Kimbrell to prepare the reporter's record in these appeals. That record was due on August 7, 2021. When it was not filed, we notified Ms. Kimbrell by postcard dated August 11, 2021 and directed her to file the reporter's record by September 11, 2021. To date, the reporter's record has not been filed and we have had no communication from Ms. Kimbrell.

We **ORDER** court reporter Karla Kimbrell to file the complete reporter's record in these appeals within **TWENTY DAYS** of the date of this order. We caution Ms. Kimbrell that the failure to file the reporter's record by that date may result in the Court taking whatever remedies it has available to ensure that the record is filed and these appeals proceed in a timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; and counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE